**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANTHONY CRAWFORD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 18-1067-MAB |
| ) | |
| SALVADOR GODINEZ, RANDY DAVIS, ) | |
| NORMAN SUITS, TY J. BATES, ) | |
| and JAMES BARNARD ) | |
| ) | |
| Defendants, ) | |

**NOTICE OF APPEARANCE**

Now Comes Kwame Raoul, Attorney General of the State of Illinois, by Kyrstin Beasley, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of the Defendants, SALVADOR GODINEZ, RANDY DAVIS, NORMAN SUITS, and JAMES BARNARD, in the above cause.

    Respectfully submitted,

    SALVADOR GODINEZ, RANDY DAVIS,
    NORMAN SUITS, TY J. BATES,
    and JAMES BARNARD,

        Defendants,

    KWAME RAOUL, Attorney General,
    State of Illinois,

        Attorney for Defendants,

    By   s/ Kyrstin Beasley
        Kyrstin Beasley #6323618
        Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANTHONY CRAWFORD, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>SALVADOR GODINEZ, RANDY DAVIS, )<br>NORMAN SUITS, TY J. BATES, )<br>and JAMES BARNARD )<br>)<br>    Defendants, ) | No. 18-1067-MAB |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, the foregoing document, *Notice of Appearance,* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Edward M. Fox at efox@efox-law.com
    Gil I. Sapir at sapir.gil@gmail.com

    Respectfully submitted,

    By  s/Kyrstin Beasley
       Kyrstin Beasley #6323618
       Assistant Attorney General
       Metro East Office
       201 West Pointe Drive, Suite 7
       Belleville, Illinois  62226
       (618) 236-8781 Phone
       (618) 236-8620 Fax
       E-mail: KBeasley@atg.state.il.us
           gls@atg.state.il.us